**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**August 19, 2005**

**PATRICK FISHER**
**Clerk**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

---

UNITED STATES OF AMERICA,

    Plaintiff-Appellee.

v.

JOSE JUAN AYON ROMERO,

    Defendant-Appellant.

No. 04-7137

(D.C. No. CR-04-68-01-WH)

(E.D. Okla.)

---

**ORDER AND JUDGMENT**[*]

---

Before **EBEL, McKAY,** and **HENRY**, Circuit Judges.

---

After examining the briefs and the appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.

Defendant pled guilty to possession of cocaine with intent to distribute in violation of 21 U.S.C. § 841(a)(1). The district court sentenced him to ninety-six months' incarceration followed by a sixty-month term of supervised release.

---

[*]This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

Defendant filed a timely notice of appeal. Rec., Vol. 1, Tab. 17. Thereafter, Defendant's counsel filed a brief following the mandate of *Anders v. California*, 386 U.S. 738 (1967), accompanied by a Motion to Withdraw. Defendant also filed a brief articulating the bases he believes entitle him to relief.

According to Defendant's counsel, there are no arguable appealable issues. Aplt. *Anders* Br. at 6-9. We have reviewed the record on appeal, as well as Defendant's brief, and conclude that counsel is correct in determining that there are no non-frivolous issues that can be raised; nothing indicates that the district court erred under *United States v. Booker*, __U.S.__, 125 S. Ct. 738 (2005), when it imposed Defendant's sentence. Counsel's brief contains a certificate of service indicating that Defendant was furnished with a copy of counsel's brief on April 21, 2005. *Id.* at 11. Accordingly, we GRANT counsel's Motion to Withdraw and AFFIRM the decision of the trial court.

Entered for the Court


Monroe G. McKay
Circuit Judge